

**SO ORDERED.**

**Dated: April 13, 2010**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br> LARRY L. CAIRELLI and TINA M. CAIRELLI <br><br> Debtors. | Chapter 7 <br><br> No: 2:09-bk-33157-CGC |
| WELLS FARGO FINANCIAL ARIZONA, INC., <br><br> Movant, <br><br> v. <br><br> LARRY L. CAIRELLI and TINA M. CAIRELLI and <br> DIANE M. MANN, Trustee, <br><br> Respondent. | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payment and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtor's interest in the property described, to wit:

> Lot 48, of MERIT HOMES AT THE ISLANDS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 296 of Maps, Page 3.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed this
24th day of February, 2010, to:

LARRY L. CAIRELLI and TINA M. CAIRELLI
518 S. 120th Ave.
Avondale AZ  85323

JOSHUA KYLE HATCH, ESQ.
Collins & Collins LLP
3241 E. Shea Blvd., Ste. 1
Phoenix, AZ  85028

DIANE M. MANN
29834 N. Cave Creek Rd., #118-274
Cave Creek, AZ  85331

  s/ Jeanette Chavez

2